**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 6, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| MARY BISHOP, et al., | |
|     Plaintiffs - Appellees, | |
| and | |
| SUSAN G. BARTON, et al., | |
|     Plaintiffs - Appellees/<br>    Cross- Appellants, | |
| v. | Nos. 14-5003 & 14-5006<br>(D.C. No. 4:04-CV-00848-TCK-TLW) |
| SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma, | |
|     Defendant - Appellant/<br>    Cross- Appellee, | |
| and | |
| UNITED STATES OF AMERICA, ex rel. ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America, | |
|     Defendant. | |

---------------------------------

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,

    Intervenors - Defendants.

_____

DOUGLAS W. ALLEN, Ph.D., et al.,

    Amici Curiae.

_____

**ORDER**
_____

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.
_____

On this date, the United States Supreme Court denied certiorari review in these matters. Consequently, the stay of the mandate directed in our decision dated July 18, 2014 is lifted, and the mandate shall issue forthwith. A copy of this order shall stand as the mandate of the court.

                         Entered for the Court

                         ELISABETH A. SHUMAKER, Clerk